**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS, INC.

        Plaintiff(s),

    v.

DOES 1-53

        Defendant(s).

_____/

No. 11-02330 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the MOTIONS TO QUASH have been set for November 15, 2011, at 9:00 a.m. before Magistrate Judge Elizabeth D. Laporte in Courtroom E, 15th Floor, 450 Golden Gate Ave., San Francisco, California.

Dated:  October 3, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
       Kristen Seib
       Courtroom Deputy