# EXHIBIT A

| IP Address |
|---|
| 75.36.234.144 |
| 71.195.113.16 |