**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS, INC.

    Plaintiff(s),                             No. 11-02330 EDL

    v.                                    CLERK'S NOTICE

DOES 1-53

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT Motion to Quash has been set for November 29, 2011 at 9:00 a.m. before Magistrate Judge Elizabeth D. Laporte in Courtroom E, 15th Floor, 450 Golden Gate Ave., San Francisco, California.

Dated: October 19, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
     Kristen Seib
     Courtroom Deputy