1   Brett L. Gibbs, Esq. (SBN 251000)
    Steele Hansmeier PLLC.
2   38 Miller Avenue, #263
    Mill Valley, CA 94941
3   415-325-5900
    blgibbs@wefightpiracy.com
4
    *Attorney for Plaintiff*
5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                          NORTHERN DISTRICT OF CALIFORNIA

9                              SAN FRANCISCO DIVISION

10

11
    HARD DRIVE PRODUCTIONS, INC.,      )      **No. C-11-02330 EDL**
12                                      )
                     Plaintiff,         )
13          v.                          )      ~~[PROPOSED]~~ **ORDER GRANTING**
                                        )      **PLAINTIFF'S MOTION TO SHORTEN**
14  DOES 1-53,                          )      **TIME ON MOVANT'S MOTION**
                                        )      **TO QUASH OR MODIFY SUBPOENA**
15                   Defendants.        )
                                        )
16  _____)

17       **ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME ON MOVANT'S**
                   **MOTION TO QUASH OR MODIFY SUBPOENA**
18
19          Plaintiff has filed its Motion to Shorten Time on Movant's Motion to Quash or Modify

20  Subpoena. *See* ECF No. 28.  Having considered Plaintiff's papers and accompanying submissions,

21  the Court hereby **GRANTS** Plaintiff's Motion.  The new hearing date for Movant's Motion to

22  Quash or Modify Subpoena is set for **November 15, 2011, at 9:00 a.m.**

23          IT IS SO ORDERED.

24
25  DATED: __October 20, 2011__                     _____
26                                                         Elizabeth D. Laporte
                                                    United States District Court Judge
27

28