1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS, INC.,

        Plaintiff(s),

  v.

DOES 1-53,

        Defendant(s).
_____/

No. C- 11-02330 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Magistrate Judge Laporte previously noticed for December 13, 2011 at 10:00 a.m. has been reset to **December 13, 2011** at **3:00 p.m.** Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The case management statement shall be due no later than December 6, 2011.

Dated: November 2, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Kristen Seib
    Deputy Clerk