IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, | No. 3:11-CV-02330 EDL |
| Plaintiffs, | **ORDER** |
| v. | |
| DOES 1-53, | |
| Defendants. | |

Plaintiff Hard Drive Productions, which produces, markets and distributes adult entertainment products, has filed a lawsuit against 53 Doe defendants alleging copyright infringement. On August 3, 2011, the Court granted Plaintiff's Revised Ex Parte Application to Take Expedited Discovery. On October 14, 2011, the Doe defendant associated with Internet Protocol ("IP") address 68.99.178.9 filed a Motion to Quash a subpoena issued to Defendant's Internet Service provider ("ISP"), Cox Communications.

Plaintiff argues in its opposition to the motion to quash that the subpoena at issue was issued out of the Northern District of Georgia. The subpoena is not attached to the motion or the opposition. Accordingly, no later than November 28, 2011, Plaintiff shall file a declaration attaching the subpoena or, if the subpoena is not available, explaining the basis for Plaintiff's statement that the subpoena at issue was issued from the Northern District of Georgia.

**IT IS SO ORDERED.**

Dated: November 15, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge